IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOSHUA GOODEAU
TDCJ-CID No. 2071610,

    Plaintiff,

v.                                                           2:23-CV-71-Z-BR

WILLIAM WILLIAMS, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the Complaint ("FCR") (ECF No. 36), filed June 11, 2024, and Plaintiff's Motion for Extension of Time ("Motion") (ECF No. 37), filed June 28, 2024. The Motion is **DENIED** as **MOOT** because Plaintiff was within his time to file objections when he filed the Motion. He has since made no objections.

After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR be **ADOPTED** and Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED**.

July *15*, 2024.

                                                                    MATTHEW J. KACSMARYK
                                                                    UNITED STATES DISTRICT JUDGE